# EXHIBIT A

PO Box 1234

8647429



Toll Free: 888-318-7050  Fax: 1-877-277-5520



| Original Creditor: | FIFTH THIRD BANK |
|---|---|
| Current Creditor: | STELLAR RECOVERY, INC |
| Client #: | 07970446352 |
| Our File #: | 8647429 |
| Total Due: | $1,493.35 |

VALENTINE VAVASIS
APT 5
2472 ENTERPRISE RD
CLEARWATER FL 33763-1741



April 10, 2013

Dear Valentine:

We have been retained by the above-mentioned creditor to present this claim on their behalf. Please contact us at 888-318-7050.

We have been authorized by our client to offer a settlement on this account of $1,045.35, which can be paid in three equal payments of $348.45. Call our office to arrange for payment or visit www.paystellar.com. If you do not have access to a computer right now you may call our automated payment line at 877-236-5791.

STELLAR RECOVERY, INC is subject to certain IRS reporting requirements for debt forgiveness exceeding $600. When required, STELLAR RECOVERY, INC will report debt forgiveness on form 1099C. This is solely a filing requirement - STELLAR RECOVERY, INC is not in a position to determine or advice you whether this will have any tax consequences. Please consult independent tax counsel of your own choosing if you desire advice about tax consequence which may result from this settlement.

Unless you notify this office within 30 days after receipt of this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

If you wish to pay by credit card, please fill in the information below and return.

Sincerely,
Collection Department

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

*** Please detach And Return Bottom Portion With Payment ***

VALENTINE VAVASIS
APT 5
2472 ENTERPRISE RD
CLEARWATER FL 33763-1741

SPI STELLAR.wfd 252440

TO PAY BY CREDIT CARD, COMPLETE ALL, SIGN AND RETURN

☐ VISA
☐ MasterCard

| CARD HOLDER NAME | | |
|---|---|---|
| CARD NUMBER PLUS 3 DIGIT SECURITY CODE | | EXP. DATE |
| SIGNATURE | | |
| AMOUNT | | CVV/CID (3-Digit Verification Code on Back of Card) |

| Original Creditor: | FIFTH THIRD BANK |
|---|---|
| Current Creditor: | STELLAR RECOVERY, INC |
| Client #: | 07970446352 |
| Our File #: | 8647429 |
| Total Due: | $1,493.35 |

STELLAR RECOVERY, INC.
1327 Highway 2 W, Suite 100
Kalispell MT 59901-3413